Case 1:21-cr-00046-SPW   Document 2   Filed 07/08/21   Page

FILED
7/8/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

MICHAEL A. KAKUK
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone:     (406) 457-5262
Fax:       (406) 457-5130
E-mail:    michael.kakuk@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **MICHAEL EUGENE BOLTE,** **Defendant.** | CR 21-4 6 -BLG-SPW **INDICTMENT** WIRE FRAUD (Count I) Title 18 U.S.C. § 1343 (Penalty: 20 years imprisonment, $250,000 fine, three years supervised release) ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY (Count II) Title 18 U.S.C. § 1957 (Penalty: 10 years imprisonment, $250,000 fine, three years supervised release) CRIMINAL FORFEITURE 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

## COUNT I

1. In response to the covid-19 pandemic, the United States Small Business Administration ("SBA") instituted the Economic Injury Disaster Loan program ("EIDL") to provide economic relief to small businesses and nonprofit organizations that experienced a temporary loss of revenue. As part of the loan process, business owners were informed and acknowledged that the loan proceeds were to be used solely as "working capital," that is, for business operating expenses.

2. From on or about April 1, 2020, to on or about March 4, 2021, the defendant, MICHAEL EUGENE BOLTE, devised and intended to devise a scheme to defraud the SBA, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises: namely the defendant falsely certified that EIDL loan proceeds were to be used as working capital for the business, when in fact the loan proceeds were intended to be used—and in fact were used—for defendant's personal benefit.

3. It was part of the scheme that on or about May 24, 2020, in Yellowstone County, in the State and District of Montana, the defendant, MICHAEL EUGENE BOLTE, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce, the signed loan authorization and agreement for an EIDL loan to SBA,

falsely certifying that the loan proceeds would be used as working capital for the business.

In violation of 18 U.S.C. § 1343.

## COUNT II

On or about June 7, 2020, in the District of Montana, the defendant, MICHAEL EUGENE BOLTE, did knowingly engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is a transfer of $75,000 in U.S. currency, such property having been derived from a specified unlawful activity, that is, the wire fraud transaction set forth in count I above, in violation of 18 U.S.C. §§ 1957 and 2.

## FORFEITURE ALLEGATION

1. Upon conviction of the offense set forth in count I of this indictment, the defendant, MICHAEL EUGENE BOLTE, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real and personal, which constitutes and is derived from proceeds traceable to said offense.

2. Upon conviction of the offense set forth in count II of this indictment, the defendant, MICHAEL EUGENE BOLTE, shall forfeit to the United States,

pursuant to 18 U.S.C. § 982(a)(1), any property, real and personal, involved in such offense, and any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

    a. 1916 Studebaker automobile, VIN 219539;

    b. 1929 Franklin automobile, VIN 30193685;

    c. 1939 Ford Deluxe automobile, VIN 5064524; and

    d. 1941 Ford Super Deluxe automobile, VIN 186334237.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

///

///

///

///

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____ for
LEIF M. JOHNSON
Acting United States Attorney

_____ for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney