FILED
NOV 18 2021
Clerk, U.S. Courts
District Of Montana
Billings Division

MICHAEL A. KAKUK
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone:    (406) 457-5262
Fax:      (406) 457-5130
E-mail:   michael.kakuk@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL EUGENE BOLTE, Defendant. | CR 21-46-BLG-SPW SUPERSEDING INFORMATION THEFT OF GOVERNMENT MONEY, PROPERTY, OR RECORDS Title 18 U.S.C. § 641 (Penalty: one year imprisonment, $100,000 fine, one year supervised release) CRIMINAL FORFEITURE 18 U.S.C. §§ 981(a)(1)(C) 28 U.S.C. § 2461(c) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 24, 2020, within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, MICHAEL EUGENE BOLTE,

1

willfully and knowingly stole and purloined money, being property of the United States, of a value less than $1,000 in violation of 18 U.S.C. § 641.

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this superseding information, the defendant, MICHAEL EUGENE BOLTE, shall forfeit to the United States, pursuant 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real and personal, which constitutes and is derived from proceeds traceable to said offense. The property to be forfeited includes the following:

    a.    1916 Studebaker automobile, VIN 219539;

    b.    1929 Franklin automobile, VIN 30193685;

    c.    1939 Ford Deluxe automobile, VIN 5064524; and

    d.    1941 Ford Super Deluxe automobile, VIN 186334237.

If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty.

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

Dated this 18th day of November 2021.

_____
MICHAEL A. KAKUK
Assistant U.S. Attorney
Attorney for Plaintiff

_____
LEIF M. JOHNSON
United States Attorney
Attorney for Plaintiff

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff