IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL EUGENE BOLTE,<br><br>Defendant. | CR 21-46-BLG-SPW<br><br>ORDER |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 27). Defendant Michael Eugene Bolte appeared before the Court on November 23, 2021 and entered a plea of guilty to the Superseding Information. Bolte's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS ORDERED:

THAT Bolte's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

- 1916 Studebaker automobile, VIN 219539;
- 1929 Franklin automobile, VIN 30193685;
- 1939 Ford Deluxe automobile, VIN 5064524; and

1

- 1941 Ford Super Deluxe automobile, VIN 186334237.

THAT the Internal Revenue Service and United States Department of the Treasury are directed to seize the property subject to forfeiture;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. §2461(c) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 22nd day of December, 2021.

SUSAN P. WATTERS
United States District Judge