MICHAEL A. KAKUK
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5262
FAX: (406) 457-5130
Email: michael.kakuk@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL EUGENE BOLTE, Defendants. | CR 21-46-BLG-SPW <br><br> **DECLARATION OF PUBLICATION** |
|---|---|

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site

1

([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days, beginning on January 21, 2022, and ending on February 19, 2022. (See, Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2022, at Helena, Montana.

LEIF M. JOHNSON
United States Attorney

*/s/ Michael A. Kakuk*
Assistant U. S. Attorney
Attorney for Plaintiff