# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL EUGENE BOLTE, Defendant. | CR 21-46-BLG-SPW FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 31). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

2. A Preliminary Order of Forfeiture was entered on December 22, 2021 (Doc. 29);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(n)(1);

1

4.  There appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.  The Motion for Final Order of Forfeiture (Doc. 31) is GRANTED.

2.  Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party:

    - 1916 Studebaker automobile, VIN 219539;
    - 1929 Franklin automobile, VIN 30193685;
    - 1939 Ford Deluxe automobile, VIN 5064524; and
    - 1941 Ford Super Deluxe automobile, VIN 186334237.

3.  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 29th day of March 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge