IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-46-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL EUGENE BOLTE, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 36), and for good cause being shown,

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED**. The Indictment (Doc. 1) in the above-captioned matter is **DISMISSED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of April, 2022.

SUSAN P. WATTERS
United States District Judge

1